# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES HARRIS**<br>2632 R Street, S.E.<br>Washington, D.C. 20020<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**WMATA**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>        **Defendant.** | **Civil Action No. 1:19-cv-02077** |

## DEFENDANT WMATA'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant WMATA (Washington Metropolitan Area Transit Authority) hereby removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, WMATA avers as follows:

### Procedural History and Plaintiff's Allegations

1. On June 13, 2019, the Plaintiff, James Harris, filed a Complaint against WMATA in the Superior Court of the District of Columbia, initiating this action.

2. The State court issued a Summons to WMATA on June 13, 2019.

3. On June 24, 2019, the Summons and Complaint were personally served on WMATA's authorized agent for service of process.

4. The Plaintiff's Complaint alleges that, on or about October 3, 2016, the Plaintiff was a passenger in a motor vehicle on Good Hope Road, at or near its intersection with Naylor

Road, S.E., in the District of Columbia.  (Compl. ¶ 5.)  The Complaint further alleges that, at that time and place, a motor vehicle operated by WMATA's employee, Steven Scarborough, collided with the vehicle being occupied by Plaintiff.  (*Id.*)  The Complaint seeks to recover damages for personal injuries.  (*See generally* Compl.)

5. Based on these allegations, the Complaint purports to allege a State law claim for negligence against WMATA.  (*Id.*)

## Grounds for Removal

6. Pursuant to 28 U.S.C. § 1441(a), this is a civil action brought in a State court of which the district courts of the United States have original jurisdiction.

7. This Court has original jurisdiction of this action under 28 U.S.C. § 1331.  The WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81, specifically grants federal question jurisdiction over suits against WMATA to this Court:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

## The Procedural Requirements for Removal Have Been Satisfied

8. This case has been removed by WMATA to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

9. This Notice of Removal is filed within 30 days after the receipt by WMATA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief

2

upon which this action is based.  28 U.S.C. § 1446(b)(1).  WMATA was served with the Summons and Complaint on June 24, 2019.

10. True and correct copies of all process, pleadings, and orders served on WMATA in the pending State court action are attached hereto as Exhibit A.

11. Contemporaneously with the filing of this Notice of Removal, WMATA is serving written notice of this Notice of Removal on counsel for Plaintiff and filing the same with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).

**Non-Waiver of Defenses**

12. By removing this action from the Superior Court of the District of Columbia, WMATA does not waive any defenses available to it.

13. By removing this action from the Superior Court of the District of Columbia, WMATA does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, WMATA removes the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

DATE: July 12, 2019

                                          Respectfully submitted,

                                          WMATA
                                          By counsel

                                      By:  /s/ J. Douglas Cuthbertson
                                                J. Douglas Cuthbertson # 479789
                                                Office of the General Counsel
                                                600 Fifth Street, N.W.
                                                Washington, D.C. 20001
                                                202.962.2537
                                                202.962.2550 (fax)

JDCuthbertson@wmata.com

## **CERTIFICATE OF SERVICE**

  I certify that on July 12, 2019, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

> J. Kevin Williams
> Williams & Williams, P.C.
> 8630 Fenton St., Ste. 930
> Silver Spring, MD 20910

            /s/ J. Douglas Cuthbertson
            J. Douglas Cuthbertson # 479789