SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

JAMES HARRIS
2632 R Street, SE
Washington, D.C. 20020

    Plaintiff

vs.

WMATA
Serve:
600 Fifth Street
Washington, D.C. 20001

    Defendants

Civil Action No. 2019 CA 003629 V

## COMPLAINT FOR DAMAGES

(Personal Injuries)

1. Jurisdiction of this Court is founded on D.C. Code (2009 Edition), Sections 11-921, 13-422 and 13-423.

2. That at all times mentioned herein, STEVEN SCARBOROUGH, was the operator of WMATA Metro transit bus.

3. STEVEN SCARBOROUGH, was operating his vehicle with the consent, permission and in the scope of his employment with the Defendant, WMATA, at the time of the aforementioned collision.

5. That on or about October 3, 2016, at approximately 12:58 p.m., Plaintiff,

EXHIBIT A

JAMES HARRIS, was a passenger in a motor vehicle on Good Hope Road, at or near the intersection with Naylor Road, SE, both public streets, highways or thoroughfares in the District of Columbia. At the time and place aforesaid, Defendant's employee, STEVEN SCARBOROUGH, was operating a motor vehicle on Good Hope Road when he so negligently and carelessly operated his motor vehicle so as to collide with the vehicle being occupied by Plaintiff, JAMES HARRIS, which caused Plaintiff, JAMES HARRIS, to sustain the injuries and damages hereinafter alleged.

6. That the Defendant, WMATA and their employee STEVEN SCARBOROUGH, in addition to the negligence and carelessness heretofore mentioned, were otherwise careless and negligent as hereinafter alleged:

(a) Failed to obey the rules of the road;

(b) Failed to reduce speed to avoid a collision;

(c) Failed to keep a proper lookout;

(d) Failed to have and/or keep said motor vehicle under proper control;

(e) Failed to pay full time and attention to his or her driving;

(f) Failing to stay within his or her proper lane;

(g) Failing to drive within a single lane;

(h) Changing lanes without caution;

(i) Failing to yield the right of way;

(j) Colliding.

EXHIBIT A

Further, said Defendant, WMATA, violated statutory regulations governing traffic and motor vehicles in the District of Columbia, and Defendant, WMATA, was otherwise negligent and careless.

7. As a direct and proximate result of the impact of the collision, the Plaintiff, JAMES HARRIS, was caused to sustain serious personal injuries and he was otherwise injured. He also sustained severe shock to his nervous system and was otherwise internally and externally injured and he has and will suffer permanent loss of health and mental and physical power thereby.

8. That the Plaintiff, JAMES HARRIS, has suffered and will for a long time in the future suffer great bodily pain, inconvenience and mental anguish. That he was and will in the future be obliged to undergo hospitalization and extensive medical care and treatment, all attended with pain and suffering and said injuries have had a permanent affect upon his health and well-being. He was rendered totally and partially incapacitated and sustained a loss of earning capacity past, present and in the future.

9. That the sustained injuries have caused and will in the future cause Plaintiff, JAMES HARRIS, to pay and/or incur expenses for hospitalization and medical care and treatment and property damage.

Page 3 | Williams and Williams, P.C., 8630 Fenton Street, Suite 930, Silver Spring, Maryland 20910
(202)296-3320, f: (202)659-3768, Litigation Partner: J. Kevin Williams Email: Kevin@williamslawgroup.com

EXHIBIT A

WHEREFORE, Plaintiff, JAMES HARRIS, requests judgment against the Defendant, WMATA in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars, besides costs and interest.

LAW OFFICES
WILLIAMS & WILLIAMS, P.C.

*/s/ J. Kevin Williams*

J. KEVIN WILLIAMS, Esq. (#495146)
Attorney for the Plaintiff
8630 Fenton Street, Suite 930
Silver Spring, Maryland 20910
202-296-3320

*/s/ Andrew S. Williams*

ANDREW S. WILLIAMS, Esq. (#469848)
Attorney for the Plaintiff

## JURY DEMAND

Plaintiff, JAMES HARRIS, demands a trial by jury as to all issues.

*/s/ J. Kevin Williams*

J. KEVIN WILLIAMS, Esq. (#495146)
Attorney for the Plaintiff

EXHIBIT A