UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES HARRIS,** | ) </br> ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )    Civil Action No. 19-cv-2077 (TSC) </br> ) |
| **WMATA**, | ) </br> ) |
| Defendant. | ) </br> ) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 12, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees.

Date: February 20, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge